# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

un SEALED

Filed 9/21/00
Clerk, U.S. District Court
Western District of Texas
By _____ Deputy

UNITED STATES OF AMERICA
V.

| FRED GARCIA GONZALES |

## CRIMINAL COMPLAINT

CASE NUMBER: SA00-495M

M-15-0029-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 21ST day of SEPTEMBER, 2000 in BEXAR County, in the Western District of Texas defendant(s) did, *(Track Statutory Language of Offense)* knowingly possess in and affecting commerce, ammunition, to-wit: eight .357 caliber rounds of ammunition manufactured by Speer Corporation, which had been transported in interstate commerce

in violation of Title 18, United States Code, Section(s) 922(g)(1). I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts: SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: _x_ Yes ___ No

_____
Signature of Complainant
David Shepard
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

9/21/00                                    at    San Antonio, Texas
_____                        _____
Date                                              City and State
UNITED STATES MAGISTRATE JUDGE                    _____
Name & Title of Judicial Officer                  Signature of Judicial Officer

Criminal Complaint
United States v. Fred Garcia Gonzales
Attachment One

### A. The Charge

### COUNT ONE
[18 U.S.C. § 922(g)(1)]

On the 21st day of September, 2000, in the Western District of Texas, the Defendant,

FRED GARCIA GONZALES,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, ammunition, to-wit: eight .357 caliber rounds of ammunition manufactured by Speer Corporation, which had been transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1).

### B. Factual Basis

1. My investigation has revealed that:

   a. On September 21st, 2000, San Antonio Police Officers, including homicide detectives, were investigating the murders of Alexander Rangel which occurred on Saturday, September 16, 2000 and Florencio Vasquez which occurred during the early morning hours on Sunday, September 17, 2000. During the course of their investigation, officers received information that a subject named "Fred" had been involved in a shooting over the same weekend that Rangel and Vasquez had been murdered, in which the person had been shot ten times. Officers also learned from their source of information that "Fred" had been seen driving a 2000 Oldsmobile Bravada and had been observed at the Winston Square Apartment complex located at 2506 South General McMullen in San Antonio. Officers proceeded to that apartment complex on September 21, 2000 and discovered a 2000 Oldsmobile Bravada in the parking lot. During surveillance of the Oldsmobile, officers observed a lone male enter the vehicle and drive away. Officers observed the driver fail to signal a lane change in the 700 block Cupples and effected a stop of the vehicle. The driver of the Oldsmobile was identified as Fred Garcia Gonzales. Mr. Gonzales initially declined to consent to a search of his vehicle. Officers then summoned a canine unit to the location. Prior to the arrival of the canine, Mr. Gonzales changed his mind and signed a consent to search the 2000

Oldsmobile Bravada. Officers discovered an ammunition box in plain view on the center console of the vehicle. This ammunition box contained eight Speer gold dot .357 caliber bullets (ammunition). Fred Garcia Gonzales is a thrice convicted felon, having been convicted in Bexar County, Texas for:

-delivery of heroin and sentenced on July 5, 1993 to serve ten years in the Texas Department of Corrections;

-burglary of a building and sentenced on June 20, 1993 to serve ten years in the Texas Department of Corrections and;

-burglary of a building and sentenced on August 11, 1992 to serve five years in the Texas Department of Corrections.

b. Speer ammunition is not manufactured in the State of Texas and therefore moved in interstate commerce.

2. In view of the foregoing, your affiant submits that there is probable cause to believe, and your affiant does believe, that the Defendant Fred Garcia Gonzales has violated 18 U.S.C. § 922(g)(1).

3. The foregoing is true and correct to the best of my knowledge, information, and belief.

DAVID SHEPARD
Special Agent
Federal Bureau of Investigation


SWORN TO AND SUBSCRIBED BEFORE ME on the 21st day of September, 2000.

JOHN W. PRIMOMO
UNITED STATES MAGISTRATE JUDGE